UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EDDIE D. LEE (#102226)

VERSUS                                                        CIVIL ACTION

LOUISIANA DEPARTMENT OF                                       NUMBER 09-327-JJB-SCR
CORRECTIONS, ET AL

ORDER

Before the court is the plaintiff's Objection to the Magistrate Judge's Report and Recommendation which shall be treated in part, as a motion to provide the last known addresses of defendants T. Etheridge and D. Haney.  Record document number 15.

Therefore;

IT IS ORDERED that any defendant knowing a current residence, work or business address for defendants T. Etheridge and D. Haney provide it to the clerk of court, under seal, within 10 days so that these defendants may be served with process.  In the event no defendant has a current address at which Etheridge and Haney may be served, it will be the plaintiff's responsibility to provide the clerk of court with an address at which these defendants may be served.

IT IS FURTHER ORDERED that upon the last known addresses of defendants T. Etheridge and D. Haney being filed with the court, these defendants be served with a copy of the complaint in accordance with law.

IT IS FURTHER ORDERED that the United States Marshal is to serve these defendants wherever found.

Baton Rouge, Louisiana, September 3, 2009.

_____
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE